# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

158217 & (22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARSEILLES DEMOND WOODLEY,
     Defendant-Appellant.

SC: 158217
COA: 342539
Wayne CC: 13-009379-FC

_____/

     On order of the Court, the application for leave to appeal the July 3, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to hold in abeyance/remand for an evidentiary hearing is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



t0422

Clerk